[No. 26154-5-II.  Division Two.  December 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS ARTHUR HARMON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00171-6, Richard L. Brosey, J., entered July 5, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 26308-4-II.  Division Two.  December 19, 2001.]

REYNOLDS HOMES, INC., *Appellant*, v. FLOYD KONDO, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-2-04464-4, Robert L. Harris, J., entered July 31, 2000. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 26383-1-II.  Division Two.  December 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD D. BOYSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00122-2, Toni A. Sheldon, J., entered August 3, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 26552-4-II.  Division Two.  December 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN JAMES LEE CONOVER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00594-3, James E. Warme, J., entered October 17, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.